IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BARBARA WRENTZ**                                                             **PLAINTIFFS**
**and KIA PHILIP**

**v.**                      **CASE NO. 4:23-CV-00014-BSM**

**USABLE LIFE**                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE